UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE A.,<br><br>    Plaintiff,<br><br>v.<br><br>MOTION PICTURE INDUSTRY HEALTH PLAN; OPTUMHEALTH BEHAVIORAL SOLUTIONS OF CALIFORNIA, INC.,<br><br>    Defendants. | CASE NO. 2:17-CV-4333-JAK-JEM<br><br>**JUDGMENT**<br><br>**JS-6** |

This action came on for a bench trial before the Court on June 18, 2018, the Honorable John A. Kronstadt, United States District Judge, presiding. After fully considering the record and the issues, briefs and arguments presented by the parties, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that:

1. Plaintiff's request for monetary and other relief is denied in its entirety;

2. Plaintiff shall take nothing by her complaint;

3. Judgment is hereby entered in favor of Defendants Motion Picture Industry Health Plan and U.S. Behavioral Health Plan, California (incorrectly named as Optumhealth Behavioral Solutions of California, Inc. in the complaint); and

4. Defendants shall recover their costs.

**IT IS SO ORDERED**.

Dated: August 28, 2018

JOHN A. KRONSTADT
UNITED STAES DISTRICT JUDGE